PAID

DEC 11 2018

Clerk, US District Court
COURT 4612

FILED

2018 DEC 11 AM 10: 13

Arthur Edward Ezor
Plaintiff
305 S. Hudson Avenue, Suite 300
Pasadena, CA 91101
Telephone: (626) 568-8098

Related ADJ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR, | Case No. CV18-10260-JVS-AGR |
| Plaintiff, | **VERIFIED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |
| v. | |
| KATHERINE K. MADER, DEBORAH S. BRAZIL, and DOES 1 through 10, inclusive, | **DEMAND FOR JURY TRIAL** DAMAGES 2,000,000 <del>DAMAGES EXCEED $ 50,000.00</del> |
| Defendants. | |

COMES NOW Plaintiff, ARTHUR EDWARD EZOR ("EZOR"), and alleges as follows:

## PRELIMINARY ALLEGATIONS

1.    Plaintiff is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.  Plaintiff is, and was at all times relevant hereto, an adult over eighteen years old.

2.    Plaintiff is informed and believes, and thereon alleges, that Defendant KATHERINE K. MADER ("MADER") is, and was at all times herein mentioned, an individual residing in the

EZOR V. MADER

County of Los Angeles, State of California. Plaintiff is further informed and believes, and upon such information and belief, alleges, that Defendant MADER is, was at all times herein mentioned, a Judge of the Superior Court of the County of Los Angeles..

3.      Plaintiff is informed and believes, and thereon alleges, that Defendant DEBORAH S. BRAZIL ("BRAZIL") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California. Plaintiff is further advised and believes, and thereon alleges, that Defendant BRAZIL is, and was at all times herein mentioned, a Judge of the Superior Court of the County of  Los Angeles, State of California.

4.      Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 10, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities of Defendants DOES 1 through 10, when this information is ascertained.

5.      Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants participated or acted in concert with the other named Defendants, and each of them. Said DOE Defendants are therefore responsible and liable in some manner for the acts, occurrences, and/or omissions alleged herein, and have thereby proximately caused damages to Plaintiff, as herein alleged.

6.      Plaintiff is informed and believes, and based thereon alleges, that at all times herein mentioned, each of the Defendants was the agent, partner, or employee of each of the other Defendants. In doing the things complained of herein, each of said Defendants was acting within the course and scope of such agency, partnership, or employment.  All acts and omissions alleged to have been done by Defendants, and each of them, were done with the consent, knowledge and ratification of all other Defendants.

7.      Defendants MADER and BRAZIL are being sued herein by EZOR for appropriate equitable and declaratory relief and not damages. As set forth herein with particularity, said Defendants violated EZOR's constitutional and civil rights.

8.      Within the last two (2) years, Defendants MADER and BRAZIL have failed to disqualify themselves and void their unlawful Orders affecting EZOR in the criminal case of The People of the State of California v. Arthur Edward Ezor (LASC Case No. BA441505). They have

EZOR V. MADER                          2

acted in the absence of jurisdiction and committed extrinsic fraud or "fraud upon the court" by their having biases and conflicts of interest towards EZOR, or the appearance of same. Thus, they have violated EZOR's civil and constitutional rights and acted in an unlawful, wrongful and fraudulent manner contrary to their oath to be fair and impartial state judges. Defendant MADER continues to act in a wrongful and unconstitutional manner by presiding over the aforesaid criminal case and by not disqualifying herself to date. She has allowed Brady discovery violations to occur against EZOR and conducted biased, Kangaroo-Justice proceedings, with her biased animus on full display in the record. Defendants MADER and BRAZIL have violated EZOR's criminal and constitutional rights, with the full knowledge, authorization of the presiding Judge of the Los Angeles Superior Court, one DANIEL J. BUCKLEY, and the behind-the-scenes, illegal involvement and improper ex parte communicatons and contacts of California State Bar operatives, including, without limitation, the present Executive Director of said State Bar and attorney ELI MORGENSTERN. EZOR has previously exposed corruption and malfeasance by the State Bar of California and the State Bar Court.

## FIRST CAUSE OF ACTION
## (VIOLATION OF CIVIL RIGHTS)
## (AGAINST ALL DEFENDANTS)

9.      Plaintiff refers to, and incorporates as though fully set forth herein, the preceding Paragraphs and allegations of this Complaint.

10.      This is a civil rights complaint for declaratory relief, damages and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated, as set forth and alleged herein.

11.      This Court has jurisdiction in this action pursuant to 42 U.S.C. 1983. Moreover, Plaintiff is an adult residing in this judicial district where much of the tortious, wrongful and unlawful actions alleged herein took place.

12.      Plaintiff's constitutional and civil rights were violated as follows, without limitation, as alleged and described herein:

EZOR V. MADER                                    3

(i)     EZOR has been improperly and unlawfully prosecuted as a direct, legal and proximate result of his exposing the aforesaid corruption and malfeasance, his criminal case constituting a retaliatory or discriminatory prosecution.

(ii)    EZOR's rights to procedural and substantive due process and equal protection of laws, under the Fourteenth Amendment, the Fifth Amendment, the United States Constitution, the California Constitution and other applicable law, were violated by his not receiving to date fair and impartial court proceedings from Defendants MADER and BRAZIL.

(iii)   Defendant MADER's and Defendant BRAZIL's Orders and rulings to date are, and were all times herein mentioned, illegal, unconstitutional, void, ultra vires and otherwise unsupportable, because these Defendants violated their judicial oath to be fair and impartial towards EZOR, had biases and conflicts of interest or the appearance of same towards EZOR, and should have disqualified themselves.

13.   DOES 1 through 3, as state actors, acted unreasonably so as to violate EZOR's constitutionally and federally protected rights, as herein alleged and described.

14.   DOES 1 through 3, and each of them, are subject to monetary liability, because they acted unreasonably and unlawfully as state actors to harm Plaintiff. As a direct, legal and proximate result of their misconduct and unlawful, wrongful actions, as hereinbefore alleged, Plaintiff has suffered, and continues to suffer, physical and mental pain and anguish, including severe emotional distress.  As stated above, such general damages sustained thereby will be ascertained, at or before trial, according to proof.

15.   Defendants DOES 1 through 3, and each of them, in harming and injuring Plaintiff as alleged, acted with malice, fraud and oppression. Therefore, Plaintiff is entitled to an award of punitive or exemplary damages, according to proof, against said Defendants and each of them.

16.   Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his civil and constitutional rights have been violated, as aforesaid, by all the named Defendants, and each of them. In particular, EZOR is entitled to a finding that Defendants MADER and BRAZIL are disqualified and estopped to act as judges in his criminal case and that their rulings and Orders are, and were at all times herein mentioned, null and void Plaintiff is entitled to a

EZOR V. MADER                    4

further finding that his civil and constitutional rights were violated and continue to be violated by Defendants MADER and BRAZIL.

17. Plaintiff is entitled to a Temporary Restraining Order, Preliminary Injunction and Permanent Injunction against Defendants MADER and BRAZIL, enjoining them from acting further in his criminal case.

## ON FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS

1. For appropriate declaratory and equitable relief, and a finding that Plaintiff's civil rights have been violated by the named Defendants, and each of them.

2. For an Order that Defendant MADER's and BRAZIL's Orders and rulings in EZOR's criminal case be declared null and void, set aside, rescinded and vacated forthwith and in the interests of justice and equity.

3. For general damages against Defendants DOES 1-3, and each of them, according to proof.

4. For punitive damages against Defendants DOES 1-3, and each of them, according to proof.

5. For costs of suit incurred herein; and

6. For such other and further relief as the Court may deem proper and just in the premises.

Dated: December 11, 2018          BY: _____

ARTHUR EDWARD EZOR

Plaintiff

EZOR V. MADER                    5

## **VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing Complaint for Damages and Equitable Relief.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief. As to those matters, I believe them to be true.

Executed on December 11, 2018, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ARTHUR EDWARD EZOR

Declarant

EZOR V. MADER                                    6