UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE K. MADER, et al.,<br><br>　　　　Defendants. | NO. CV 18-10260-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss the complaint is GRANTED. Plaintiff's complaint against the Defendants is dismissed without prejudice as barred by Younger abstention and without leave to amend. Plaintiff's criminal case remains pending according to the Los Angeles Superior Court's website. (LASC Case No. BA441505.)

DATED: April 8, 2019

　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　United States District Judge