JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KATHERINE K. MADER, et al.,<br><br>　　　Defendant. | NO. CV 18-10260-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's complaint against the Defendants is dismissed without prejudice as barred by Younger abstention.

DATED: April 8, 2019

　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　United States District Judge